IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02291-AP

Armando Guillen,

    Plaintiff,

v.

Jo Anne B. Barnhart, Commissioner of Social Security

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Michael W. Seckar
    Law Office of Michael W. Seckar, P.C.
    402 W. 12th Street
    Pueblo, CO 81003
    (719) 543-8636

    For Defendant:
    Teresa H. Abbott
    Special Assistant United States Attorney

    *Mailing Address:*
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294

    *Street Address:*
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    (303) 454-0100
    (303) 454-0404 (facsimile)

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** November 10, 2005

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** December 2, 2005

    C.    **Date Answer and Administrative Record Were Filed**:   January 25, 2006

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Both parties state that the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Both parties state that there is no additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Both parties state that the case raises no unusual claims or defenses.

## 7. OTHER MATTERS

None.

## 8. PROPOSED BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:**   March 27, 2006

    B.    **Defendant's  Response Brief Due:**   April 26, 2006

    C.    **Plaintiff's  Reply Brief (If Any) Due:** May 11, 2006

## 9. STATEMENTS REGARDING ORAL ARGUMENT

Neither party requests oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.  ( X )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.  ( )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 13th day of February, 2006.

BY THE COURT:

S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Michael W. Seckar  
MICHAEL W. SECKAR  
Law Office of Michael W. Seckar, P.C.  
402 W. 12th Street  
Pueblo, CO 81003  
(719) 543-8636  
seckarlaw@mindspring.com  

Attorney for Plaintiff

WILLIAM J. LEONE  
UNITED STATES ATTORNEY  

s/ Kurt J. Bohn  
KURT J. BOHN  

Assistant U.S. Attorney  
1225 Seventeenth Street, Suite 700  
17th Street Plaza  
Denver, Colorado 80202  
Telephone: (303) 454-0100  
kurt.bohn@usdoj.gov  

s/ Teresa H. Abbott  
By: Teresa H. Abbott  
Special Assistant U.S. Attorney  
teresa.abbott@ssa.gov  

*Mailing Address:*  
1961 Stout St., Suite 1001A  
Denver, Colorado  80294  
Telephone: (303) 844-0815  

*Street Address:*  
United States Attorney's Office  
1225 Seventeenth Street, Suite 700  
Denver, Colorado  80202  
Telephone:  (303) 454-0100  

Attorney for Defendant(s)